Dismissed and Opinion filed January 16, 2003









Dismissed and Opinion filed January 16, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00997-CV

____________

 

SCOTT BROWN, Appellant

 

V.

 

V & S ENTERPRISES, INC. and THE
SCHELLHAAS TRUST, Appellees

 



 

On Appeal from the 215th District Court

Harris County, Texas

Trial Court Cause No. 00-43221

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 21, 2002.  On October 31, 2002, this Court ordered the
parties to mediation.  On January 7,
2003, appellant filed a motion to dismiss the appeal because the case has
settled.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed January 16, 2003.

Panel consists of Chief Justice Brister and Justices Hudson and Fowler.